# United States District Court

_____ DISTRICT OF _____ NEW JERSEY _____

CFL HOLDINGS, LLC, on behalf of itself
and CDFL CAPITAL, LLC,
        Plaintiff.
        V.
J. NEIL DONAHUE ET AL,
        Defendants

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:   03-1578 (WJM/RJH)

I, _WILLIAM T. WALSH_____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _AUGUST 31, 2004_____, as it appears in the records of this court, and that
                      Date

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule

4(a) of the Federal Rules of Appellate Procedure has been filed.


IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

_November 12, 2004_____.
      Date

**WILLIAM T WALSH**
Clerk   _WILLIAM T. WALSH_

_____
(By) Deputy Clerk   _MARIE S. NUNES_

**04 MBD 10348**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

<u>Document Electronically Filed</u>

------------------------------------------------------x

CFL HOLDINGS, LLC, on behalf of
itself and CDFL CAPITAL, LLC,

                    Plaintiff,

             -against-

: Case No.: 03-1578 (WJM/RJH)

J. NEIL DONAHUE,
KELDO, LLC,
GARY FULLER,
MARBLEHEAD CAPITAL GROUP, INC.,
ROGER COE,
CIBC WORLD MARKETS CORP.,
CANADIAN IMPERIAL BANK OF COMMERCE,
FAHNESTOCK & CO. INC.,
FANSRULE, INC.,
KELDO FAMILY LIMITED PARTNERSHIP,
WILLIAM R. WOODWARD,
ANL ASSOCIATES, INC.,
KAREN DONAHUE,
LOUISE D. MISSAKIAN and
SANDRA L. MISSAKIAN,

:CONSENT JUDGMENT

                    Defendants.

------------------------------------------------------x

WILLIAM R. WOODWARD,

                  Plaintiff-Intervenor,

             -against-

CFL HOLDINGS, LLC, J. NEIL DONAHUE,
MARBLEHEAD CAPITAL GROUP, INC.,
ROGER COE, CIBC WORLD MARKETS CORP.,
and FAHNESTOCK & CO.

               Intervention-Defendants.

------------------------------------------------------x

    This matter having been opened to the Court, and due notice having been given, and good cause having been shown, it is on this 31st day of August 2004

ORDERED, ADJUDGED AND DECREED that final Judgment shall be entered in this action for Plaintiff CFL Holdings, LLC and against Defendants J. Neil Donahue a/k/a Neil Donahue a/k/a John Donahue ("Donahue"), and Keldo Family Limited Partnership, jointly and severally in the amount of Ten Million ($10,000,000) Dollars, and it is further

ORDERED, ADJUDGED AND DECREED that the obligations evidenced by this Judgment shall not be discharged or dischargeable in any case filed by or against Donahue under Title 11 of the Untied States Code.

_____
Honorable William J. Martini, U.S.D.J.

The undersigned consents to the form and entry of the within Consent Judgment.

_____
J. Neil Donahue

Keldo Family Limited Partnership

_____
By: J. Neil Donahue, General Partner

WOLLMUTH, MAHER & DEUTSCH, LLP
Attorneys for Plaintiff

_____
By: Paul R. De Filippo

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By: _____
Deputy Clerk

2